# EXHIBIT A

| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | Title | RightsOwner | FileName |
|---|---|---|---|---|---|---|
| 1 | 98.247.204.154 | BitTorrent 7.7.2 | 11.24.2012 07:37:38 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 2 | 67.168.168.145 | BitTorrent 7.7.0 | 11.24.2012 08:07:21 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 3 | 67.189.8.42 | Vuze 4.8.0.0 | 11.25.2012 12:12:58 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 4 | 98.247.75.202 | µTorrent 3.2.0 | 11.25.2012 01:34:35 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 5 | 98.232.19.144 | µTorrent 3.1.3 | 11.25.2012 02:04:58 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 6 | 24.16.110.90 | µTorrent 2.2.1 | 11.25.2012 03:51:15 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 7 | 174.21.245.38 | Deluge 2.1.1.0 | 11.25.2012 04:57:46 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 8 | 67.160.3.229 | BitTorrent 7.7.0 | 11.25.2012 03:59:39 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 9 | 24.18.176.71 | BitTorrent 7.2.1 | 11.25.2012 05:48:14 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 10 | 50.135.144.208 | µTorrent 3.2.2 | 11.25.2012 08:02:23 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 11 | 24.19.43.151 | -UM17130 | 11.26.2012 12:04:52 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 12 | 67.183.36.42 | µTorrent 3.2.2 | 11.26.2012 03:27:59 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 13 | 24.18.238.207 | µTorrent 3.2.2 | 11.26.2012 03:56:11 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 14 | 76.121.124.230 | µTorrent 3.1.3 | 11.26.2012 07:59:48 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 15 | 67.160.118.70 | -UM17130 | 11.26.2012 09:32:28 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 16 | 74.61.59.163 | BitTorrent 7.7.0 | 11.27.2012 10:07:09 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 17 | 98.247.30.8 | Vuze 4.8.0.0 | 11.27.2012 01:09:52 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 18 | 184.78.221.170 | µTorrent 3.2.1 | 11.27.2012 09:58:07 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 19 | 24.18.91.157 | µTorrent 3.2.2 | 11.27.2012 11:53:22 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 20 | 24.19.203.251 | µTorrent 3.0.0 | 11.28.2012 06:08:45 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 21 | 24.19.121.148 | Vuze 4.8.0.0 | 11.28.2012 08:12:53 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 22 | 98.247.74.152 | Transmission 2.73 | 11.28.2012 09:53:00 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 23 | 67.183.171.60 | µTorrent 3.2.2 | 11.29.2012 04:20:10 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 24 | 76.121.128.253 | µTorrent 3.2.1 | 11.29.2012 01:08:03 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 25 | 50.46.187.148 | Deluge 2.2.1.0 | 11.29.2012 05:27:45 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 26 | 50.132.28.103 | Vuze 4.8.0.0 | 11.30.2012 12:35:17 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 27 | 24.16.250.250 | BitTorrent 7.2.1 | 11.30.2012 07:59:21 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 28 | 24.18.144.227 | BitTorrent 7.7.2 | 12.01.2012 03:53:49 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 29 | 71.217.105.49 | µTorrent 3.2.2 | 12.01.2012 05:21:28 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 30 | 67.183.135.93 | µTorrent 3.1.3 | 12.01.2012 07:55:09 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 31 | 24.19.6.48 | µTorrent Mac 1.6.5 | 12.01.2012 08:28:07 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 32 | 71.231.33.217 | µTorrent 3.2.2 | 12.03.2012 04:18:51 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 33 | 50.46.251.128 | µTorrent 3.1.3 | 12.04.2012 02:56:23 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |

| # | IP | Client | Date/Time | Title | Studio | File |
|---|---|---|---|---|---|---|
| 34 | 184.78.221.170 | µTorrent 3.2.2 | 12.05.2012 11:39:25 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 35 | 76.121.26.48 | µTorrent 3.2.1 | 12.05.2012 10:03:24 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 36 | 76.22.47.104 | BitTorrent 7.7.0 | 12.06.2012 07:14:48 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 37 | 208.54.38.138 | µTorrent 3.2.2 | 12.08.2012 12:33:02 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 38 | 75.172.61.177 | µTorrent 2.2.1 | 12.09.2012 06:14:29 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 39 | 173.160.128.153 | µTorrent 3.2.3 | 12.11.2012 07:13:34 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 40 | 24.19.162.199 | µTorrent 3.0.0 | 12.12.2012 01:34:10 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 41 | 76.22.28.44 | µTorrent 3.2.3 | 12.12.2012 06:40:26 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 42 | 24.17.130.242 | BitTornado 18.33.0 | 12.14.2012 04:41:44 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 43 | 24.16.37.54 | µTorrent 3.2.3 | 12.15.2012 09:21:00 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 44 | 76.121.154.239 | µTorrent 3.2.3 | 12.19.2012 11:58:59 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 45 | 24.19.121.148 | Vuze 4.8.1.2 | 12.20.2012 11:20:57 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 46 | 24.17.15.65 | Vuze 4.8.0.0 | 12.20.2012 08:45:51 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 47 | 67.161.81.60 | BitComet 1.32 | 12.20.2012 09:48:29 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 48 | 97.126.62.110 | µTorrent 3.1.3 | 12.28.2012 08:38:27 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 49 | 71.231.83.170 | Transmission 2.42 | 12.29.2012 01:25:04 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 50 | 71.217.86.99 | µTorrent 3.2.3 | 12.30.2012 09:31:17 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 51 | 24.17.25.238 | µTorrent 3.2.3 | 01.02.2013 03:22:55 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 52 | 24.16.40.9 | µTorrent Mac 1.8.1 | 01.03.2013 10:11:43 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 53 | 24.143.86.139 | µTorrent Mac 1.8.1 | 01.03.2013 11:31:00 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 54 | 50.135.118.127 | µTorrent 3.2.3 | 01.05.2013 11:20:56 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 55 | 76.104.251.222 | µTorrent 3.3.0 (Beta) | 01.06.2013 07:43:48 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 56 | 75.172.16.242 | µTorrent 3.2.3 | 01.07.2013 02:20:27 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 57 | 199.254.238.249 | µTorrent 3.1.3 | 01.08.2013 01:42:02 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 58 | 208.54.44.215 | -BA3300- | 01.10.2013 03:46:19 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 59 | 208.54.44.160 | -BA3300- | 01.10.2013 12:09:04 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 60 | 71.231.244.243 | BitTorrent 7.6.0 | 01.12.2013 02:39:11 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 61 | 67.183.230.67 | BitTorrent 6.4.0 | 01.12.2013 04:26:04 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 62 | 50.135.223.209 | µTorrent 3.2.3 | 01.15.2013 05:03:11 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 63 | 75.172.16.247 | µTorrent 3.2.3 | 01.16.2013 01:00:36 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 64 | 75.172.5.207 | BitTorrent 7.3.5 | 01.16.2013 11:14:19 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 65 | 67.189.68.87 | BitTorrent 7.7.3 | 01.17.2013 05:48:12 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 66 | 76.22.41.101 | BitTorrent 7.7.3 | 01.20.2013 04:16:50 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 67 | 71.217.81.114 | BitTorrent 6.3.0 | 01.22.2013 05:38:23 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 68 | 76.104.144.94 | BitComet 1.34 | 01.25.2013 01:41:36 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 69 | 66.235.40.176 | qBittorrent 3.0.5 | 01.28.2013 05:30:08 AM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 70 | 24.17.222.242 | µTorrent 3.2.2 | 02.03.2013 09:33:25 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |
| 71 | 24.16.232.147 | µTorrent 3.2.3 | 02.09.2013 02:46:45 PM | The Ledge | Foresight Unlimited | The Ledge (2011) [1080p] |

| FileHash | ISP | Region | city | Province |
|---|---|---|---|---|
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Lynnwood | Snohomish |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Bellingham | Whatcom |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Lyman | Skagit |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Kent | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Century Link | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Puyallup | Pierce |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Everett | Snohomish |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Puyallup | Pierce |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Olympia | Thurston |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Redmond | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Clearwire Corporation | Washington | Tacoma | Pierce |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Clearwire Corporation | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Everett | Snohomish |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Mount Vernon | Skagit |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Lynnwood | Snohomish |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Olympia | Thurston |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Frontier Communications | Washington | Everett | Snohomish |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Poulsbo | Kitsap |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Poulsbo | Kitsap |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Bellevue | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Century Link | Washington | Tacoma | Pierce |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Bellevue | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Lake Stevens | Snohomish |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Frontier Communications | Washington | Bothell | King |

| SHA1 | ISP | State | City | County |
|---|---|---|---|---|
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Clearwire Corporation | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Puyallup | Pierce |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Lake Stevens | Snohomish |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | T-Mobile USA | Washington | Tacoma | Pierce |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Century Link | Washington | Kent | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Business Comm | Washington | Eatonville | Pierce |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Bellevue | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Auburn | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Edmonds | Snohomish |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Edmonds | Snohomish |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Vashon | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Bellingham | Whatcom |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Century Link | Washington | Kent | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Bellevue | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Century Link | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Redmond | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Broadstripe | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Olympia | Thurston |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Bothell | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Century Link | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Riseup Networks | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | T-Mobile USA | Washington | Tacoma | Pierce |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | T-Mobile USA | Washington | Tacoma | Pierce |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Tacoma | Pierce |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Bellevue | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Century Link | Washington | Kent | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Century Link | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Vancouver | Clark |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Seattle | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Century Link | Washington | Bellevue | King |

| | | | | |
|---|---|---|---|---|
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Kent | King |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Broadstripe | Washington | Oak Harbor | Island |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Puyallup | Pierce |
| SHA1: 716F971C9944D9146CD4B305E54AA3B79DC0BD58 | Comcast Cable | Washington | Renton | King |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-547-363**

Effective date of registration:

April 21, 2011

---

### Title
- **Title of Work:** The Ledge

### Completion/Publication
- **Year of Completion:** 2010

### Author
- **Author:** The Ledge Distribution, LLC
- **Author Created:** motion picture/audiovisual
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** The Ledge Distribution, LLC
  2934 1/2 Beverly Glen Circle #900, Los Angeles, CA, 90077, United States

### Limitation of copyright claim
- **Material excluded from this claim:** text
- **Previous registration and year:** PAu3512287    2010
- **New material included in claim:** motion picture/audiovisual

### Rights and Permissions
- **Organization Name:** The Ledge Distribution, LLC
- **Address:** 2934 1/2 Beverly Glen Circle #900
  Los Angeles, CA 90077   United States

### Certification
- **Name:** Jenna Sanz-Agero
- **Date:** May 24, 2011

---

**Correspondence:** Yes

Page 1 of 2

**Registration #:** PAU003547363
**Service Request #:** 1-601129227



The Ledge Distribution, LLC
2934 1/2 Beverly Glen Circle #900
Los Angeles, CA 90077  United States