UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
THE LEDGE DISTRIBUTION, LLC.,          )
                                            )
                      Plaintiff,   )    No. C13-330RAJ-RSL
        v.                                            )    AMENDED
                                            )    ORDER TO SHOW CAUSE
DOES 1-71,                                            )
                                            )
                      Defendants. )
_____)

       This matter comes before the Court *sua sponte*. On April 9, 2013, defendant filed a Motion to Squash [sic] Subpoenas which, taken as a whole, exceeds 50 pages in length. (Dkt. # 9, # 10, # 11, # 12). As of this date, a courtesy copy of these documents has not been provided for chambers. In addition, counsel is instructed to review Local Civil Rule 10(e)(3), which requires that the law firm (if any), mailing address and telephone number of the attorney or party preparing the paper should be printed or typed at the bottom of each page.

       Defendant is hereby ORDERED to show cause why he should not be sanctioned for failure to comply with Local Civil Rule 10(e)(9) and Local Civil Rule 10(e)(3). Defendant shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office. All future filings should also comply with Local Civil Rule 10(e)(3). Defendant shall respond to this order to show cause no later than five days from the date of this Order.

ORDER TO SHOW CAUSE

1
2   DATED this 17th day of April, 2013.
3
4
5
6   *[signature]*
    Robert S. Lasnik
7   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TO SHOW CAUSE                -2-