# EXHIBIT 6

```
Date: Sat, 21 Aug 2004 18:21:43 -0100 (GMT)
From: anakata
To: KMWLAW@flash.net[/email]
Subject: Re: Unauthorized Use of DreamWorks SKG Properties


On Mon, 23 Aug 2004 KMWLAW@flash.net wrote:

> Dennis L. Wilson, Esq.
> KEATS McFARLAND & WILSON, LLP
> 9720 Wilshire Blvd., Penthouse Suite
> Beverly Hills, CA 90212
> Tel: (310) 248-3830
> Fax: (310) 860-0363
>
>
> August 23, 2004
>
>
> VIA ELECTRONIC MAIL
> AND U.S. MAIL
>
> ThePirateBay.org
> Box 1206
> Stockholm 11479
> SWEDEN
>
> [email]tracker-40-aa-5f-03-412675c8@prq.to
>
> Re: Unauthorized Use of DreamWorks SKG Properties
> http://www.thepiratebay.org
>
> To Whom It May Concern:
>
> This letter is being written to you on behalf of our
> client, DreamWorks SKG (hereinafter ^ÔDreamWorks^Ô).
> DreamWorks is the exclusive owner of all copyright,
> trademark and other intellectual property rights in
> and to the ^ÔShrek 2^Ô motion picture. No one is
> authorized to copy, reproduce, distribute, or
> otherwise use the ^ÔShrek 2^Ô motion picture without
> the express written permission of DreamWorks.
> [...]
> As you may be aware, Internet Service Providers can
> be held liable if they do not respond to claims of
> infringement pursuant to the requirements of the
> Digital Millennium Copyright Act (DMCA). In
> accordance with the DMCA, we request your assistance
> in the removal of infringements of the ^ÔShrek 2^Ô
> motion picture from this web site and any other sites
> for which you act as an Internet Service Provider.
> We further declare under penalty of perjury that we
> are authorized to act on behalf of DreamWorks and
> that the information in this letter is accurate.
> Please contact me immediately to discuss this matter
> further.
```

As you may or may not be aware, Sweden is not a state in the United States of America. Sweden is a country in northern Europe.
Unless you figured it out by now, US law does not apply here.
For your information, no Swedish law is being violated.

Please be assured that any further contact with us, regardless of medium, will result in
a) a suit being filed for harassment
b) a formal complaint lodged with the bar of your legal counsel, for sending frivolous legal threats.

It is the opinion of us and our lawyers that you are ....... morons, and that you should please go sodomize yourself with retractable batons.

Please also note that your e-mail and letter will be published in full on http://www.thepiratebay.org.

Go fuck yourself.

Polite as usual,
anakata