**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| THE LEDGE DISTRIBUTION, LLC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No:13-00330 |
| | ) RAJ- RSL |
| DOES 1-71 | ) |
| | ) |
| Defendants | ) |

## NOTICE OF VOLUNTARY DISMISSAL

The Ledge Distribution LLC, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against Doe Defendants associated with Internet Protocol addresses:

(1) 76.121.128.253 (Doe No. 24)

(2) 71.231.33.217 (Doe No. 32)

(3) 98.232.19.144 (Doe No.5)

(4) 24.18.176.71 (Doe No. 9)

(5) 98.247.74.152 (Doe No. 22)

Notice of Dismissal
13-00330RAJ-RSL

Frontier Law Group, PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Ph: 206-682-7975

1  (6) 98.247.75.202 (Doe No.4)

2  Plaintiff is not dismissing any other Doe Defendants at this time.

3  The respective Doe Defendants have not filed an answer to the complaint or motion

4 for summary judgment in this matter.  Therefore it is respectfully submitted that dismissal

5 under Rule 41(a) is appropriate.

6 DATED: June 3, 2013

```
                                    Respectfully submitted,
                                    The Ledge Distribution, LLC

                                    By: s/Richard J. Symmes
                                    Richard J. Symmes #41475
                                    Frontier Law Group, PLLC
                                    1001 4th Avenue, Suite 3200
                                    Seattle, WA 98154
                                    Ph:  206-682-7975
                                    F:  206-424-4691
                                    Richard@symmeslaw.com

                                    Attorney for Plaintiff
                                    The Ledge Distribution, LLC.
```

Notice of Dismissal
13-00330RAJ-RSL

Frontier Law Group, PLLC
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Ph: 206-682-7975